

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TAM:JHK
F.#2003V01328

*610 Federal Plaza, 5th Floor*
*Central Islip, New York 11722*

January 26, 2006

*Application granted. This action is hereby reassigned to Judge Wexler.*

*Dated: Jan. 27, 2006*    **SO ORDERED:**

Dora L. Irizarry, USDJ

**VIA ELECTRONIC FILING**

Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    United States v. U.S. Currency ($50,000.00)
        Civil Docket No. CV-03-3309 (Irizarry, J.) (M.Orenstein, M.J.)

Dear Judge Irizarry:

     This Office represents plaintiff United States of America in the above civil forfeiture action. Pursuant to Local Civil Rule 1.6 and Rule 50.3 of the Guidelines for the Division of Business Among District Judges, the United States respectfully submits this letter to advise the Court that the above-captioned civil forfeiture action is related to the pending criminal action, United States v. Nebel, Zeilberger, et al., CR-05-0886 (LDW) (the "criminal action"). In order to avoid unnecessary duplication of judicial effort, this civil forfeiture action should be heard by the Honorable Leonard D. Wexler, the District Judge presiding over the aforementioned criminal case.

     This civil forfeiture action seeks forfeiture of fifty thousand dollars ($50,000.00) in United States currency (the "defendants in rem") pursuant to 21 U.S.C. § 881(a)(6), as moneys furnished or intended to be furnished in exchange for a controlled substance or listed chemical in violation of 21 U.S.C. § 841, et seq., or proceeds traceable to such an exchange and all moneys intended to be used to facilitate any violation of 21 U.S.C. § 841, et seq. On December 1, 2005, a Grand Jury sitting in the Eastern District of New York returned a two-count indictment against, inter alia, the claimant in the instant action, Jay Zeilberger ("Zeilberger"). The indictment charged Zeilberger with conspiracy to distribute and possess with intent to distribute marijuana in

violation of 21 U.S.C. §§ 846 and 841(b)(1)(C), and with conspiracy to launder narcotics proceeds in violation of 18 U.S.C. § 1956. The indictment also alleges criminal forfeiture and names the defendants in rem as specific property subject to forfeiture should the defendant be convicted of either count.

Both cases involve forfeiture of the same currency which the government alleges is derived from the narcotics conspiracy with which Zeilberger is charged in the criminal action. In these circumstances, the civil forfeiture action should be heard by Judge Wexler, the District Judge presiding over Zeilberger's criminal case in order to avoid unnecessary duplication of judicial effort. Accordingly, because the this civil forfeiture action is related to the aforementioned criminal case, the United States respectfully requests that it be heard by Judge Wexler in accordance with Local Civil Rule 1.6 and Rule 50.3 of the Guidelines for the Division of Business Among District Judges, to avoid duplication of judicial effort and to conserve judicial resources.

Thank your for your consideration of this matter.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By:    s/ James H. Knapp
JAMES H. KNAPP (JK-5517)
Assistant United States Attorney
(631) 715-7879

cc: Honorable Leonard D. Wexler
United States District Judge

Honorable Michael L. Orenstein
United States Magistrate Judge

**BY FAX (516) 228-4278**
Iris Horowitz, Esq.
Attorney for Claimant Jay Zeilberger
600 Old Country Road, Suite 410
Garden City, New York 11530

**VIA FAX (718) 793-0385**
Edward Zaloba, Esq.
Attorney for Defendant Jay Zeilberger
118-21 Queens Blvd., Suite 504
Forest Hills, New York 11375

**Other Documents**
2:03-cv-03309-DLI United States of America v. United States currency in the amount of fifty thousand dollars ($50,000), more or less, and all proceeds traceable thereto

## U.S. District Court

## Eastern District of New York

Notice of Electronic Filing

The following transaction was received from Knapp, James entered on 1/26/2006 at 10:06 AM EST and filed on 1/26/2006

**Case Name:** United States of America v. United States currency in the amount of fifty thousand dollars ($50,000), more or less, and all proceeds traceable thereto
**Case Number:** 2:03-cv-3309
**Filer:** United States of America
**Document Number:** 14

**Docket Text:**
Letter *respectfully advising the Court that this civil forfeiture action is related to the pending criminal action, United States v. Jay Zeilberger, et al., CR-05-0886, pending before the Honorable Leonard D. Wexler, United States District Judge, and requesting that this civil forfeiture action be transferred to Judge Wexler in accordance with the E.D.N.Y. Local Rules* by United States of America. (Knapp, James)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=1/26/2006] [FileNumber=2004794-0]

[b47b81e3fbd0d039f532b66fe349c945ad4006ddd1cf42fdebaaf3c3e3d21f6c7b4e2
ff49d500384953ba9f6457839ef1a89ccd50bfa218ed175aff7163c747e]]

**2:03-cv-3309 Notice will be electronically mailed to:**

Iris Horowitz    ihorowitz@irislaw.com,

James Halleron Knapp    james.knapp@usdoj.gov

**2:03-cv-3309 Notice will be delivered by other means to:**